**Order entered March 26, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00167-CV

**SARAH GREGORY AND NEW PRIME, INC., Appellants**

**V.**

**JASWINDER CHOHAN AND ALMA J. PERALES, ET AL, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02925-E**

### ORDER

By order dated March 19, 2020, this appeal was set for oral argument en banc on April 28, 2020. Thereafter, all oral arguments in the Fifth Court of Appeals were cancelled through April 30, 2020. This appeal will be reset for oral argument en banc in due course. The parties' supplemental briefing, if any, remains due per the March 19, 2020 order.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE